## KNIGHTS OF PYTHIAS GRAND LODGE, JURISDICTION OF OKLAHOMA v. DAY (DAY, Intervener).

No. 22269. Opinion Filed Feb. 21, 1933.

E. T. Barbour, for plaintiff in error.

O. A. Chappell, for intervener.

Searcy & Underwood, for defendant in error.

PER CURIAM. This is an appeal filed April 18, 1931, by petition in error and case-made attached, and on the 12th day of September, 1932, motion to dismiss was filed herein on jurisdictional grounds that the case-made was not settled and signed as by law required. No response has been filed to the motion to dismiss, and under the rule announced in Bowers v. Lawrence, 88 Okla. 31, 210 P. 1032, and rule 5 of this court, the appeal is dismissed.